NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

## IN RE: PROBOKNOW, LLC,
*Appellant*

_____

## 2017-1217

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86790769.

_____

## JUDGMENT

_____

JEREMY ADAM SCHACHTER, Kilpatrick Townsend & Stockton LLP, New York, NY, argued for appellant. Also represented by THEODORE H. DAVIS, JR., Atlanta, GA.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, CHRISTINA HIEBER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 19, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |